IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MUD MUCKERS, LLC,

      Appellant,

v.

    Case No.  5D21-1758
    LT Case No. 2018-CA-000484

GEORGE E. ALLEN, III, JOHN B. JOHNSTON,
ARTHUR DURSHIMER, III, GEORGIA L.
DURSHIMER, IDA A. PREVATT, STEVEN L.
DURSHIMER, LILA ALLEN PONTIUS, NELL J.
BROWN, ET AL.,

      Appellees.
_____/

Decision filed June 7, 2022

Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Armistead W. Ellis, Jr., of Armistead W. Ellis, Jr.,
P.A., Daytona Beach, for Appellant.

Dennis K. Bayer, of Bayer Legal, Flagler Beach,
for Appellee, George E. Allen, III.

No Appearance for Other Appellees.

PER CURIAM.

      AFFIRMED.

TRAVER, NARDELLA and WOZNIAK, JJ., concur.